**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____    Chapter   **7**

☐ Check if this an
  amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Zidware, Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-4480632** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **722 Chestnut Court** **Bartlett, IL 60103** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Cook** | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor     **Zidware, Inc.**                                                    Case number (*if known*) _____
           _____
           Name

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

|          | District | _____ | When | _____ | Case number | _____ |
|----------|----------|-----------------|------|-----------------|-------------|-----------------|
|          | District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

|          | Debtor | _____ |      |                 | Relationship | _____ |
|----------|--------|-----------------|------|-----------------|--------------|-----------------|
|          | District | _____ | When | _____ | Case number, if known | _____ |

| Debtor | **Zidware, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Zidware, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **November 21, 2019**
MM / DD / YYYY

**X** **/s/ John A. Popadiuk**                          John A. Popadiuk
Signature of authorized representative of debtor          Printed name

Title     **President**

**18. Signature of attorney**

**X** **/s/ JEFFREY C. DAN**                          Date   **November 21, 2019**
Signature of attorney for debtor                          MM / DD / YYYY

**JEFFREY C. DAN**
Printed name

**Crane, Simon, Clar & Dan**
Firm name

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
Number, Street, City, State & ZIP Code

Contact phone    **312-641-6777**        Email address   **jdan@cranesimon.com**

**06242750 IL**
Bar number and State

Debtor    **Zidware, Inc.**                                                                 Case number (if known) _____
          Name

▬  **Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 21, 2019**
               MM / DD / YYYY

X _____                          **John A. Popadiuk**
   Signature of authorized representative of debtor           Printed name

Title    **President**


**18. Signature of attorney**    X _____    Date  **November 21, 2019**
                                    Signature of attorney for debtor           MM / DD / YYYY

**JEFFREY C. DAN**
Printed name

**Crane, Simon, Clar & Dan**
Firm name

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
Number, Street, City, State & ZIP Code

Contact phone   **312-641-6777**       Email address   **jdan@cranesimon.com**

**06242750 IL**
Bar number and State


Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy                          page 4

**Fill in this information to identify the case:**

Debtor name     **Zidware, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 21, 2019**        X /s/ John A. Popadiuk
_____        _____
                    Signature of individual signing on behalf of debtor

                    **John A. Popadiuk**
                    _____
                    Printed name

                    **President**
                    _____
                    Position or relationship to debtor

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>Zidware, Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>NORTHERN DISTRICT OF ILLINOIS</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*
☒ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
☒ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
☒ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
☒ *Schedule H: Codebtors (Official Form 206H)*
☒ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
☐ Amended Schedule _____
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __November 21, 2019__       X _____
                                                Signature of individual signing on behalf of debtor

                                                __John A. Popadiuk__
                                                Printed name

                                                __President__
                                                Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Zidware, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*......................................................................................... $          0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...................................................................................... $     145,950.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*......................................................................................... $     145,950.00

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $     559,287.30

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $          0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$     973,141.08

4. **Total liabilities** .................................................................................................................
   Lines 2 + 3a + 3b

   $     1,532,428.38

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Zidware, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
   Name of institution (bank or brokerage firm) — Type of account — Last 4 digits of account number

| 3.1. | **BMO Harris** | **checking** | 1070 | $750.00 |
|---|---|---|---|---|

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $750.00 |
   |---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11. **Accounts receivable**

| 11b. Over 90 days old: | 63,750.00 | - | 63,750.00 | =.... | $0.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| Debtor | **Zidware, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**11b. Over 90 days old:**     25,000.00    -    25,000.00  =....     **$0.00**

face amount         doubtful or uncollectible accounts

**11b. Over 90 days old:**     500.00    -    500.00  =....     **$0.00**

face amount         doubtful or uncollectible accounts

**12.**    **Total of Part 3.**                                **$0.00**

        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

---

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

---

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

   ☐ No.  Go to Part 6.
   ■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.**   **Raw materials** | | | | |
| **20.**   **Work in progress** | | | | |
| **21.**   **Finished goods, including goods held for resale** | | | | |
| **22.**   **Other inventory or supplies** **See Zidware Asset Sheet - Schedule A** | | **$0.00** | | **$95,200.00** |

**23.**    **Total of Part 5.**                              **$95,200.00**

        Add lines 19 through 22.  Copy the total to line 84.

**24.**    **Is any of the property listed in Part 5 perishable?**
        ■ No
        ☐ Yes

**25.**    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
        ■ No
        ☐ Yes. Book value          Valuation method          Current Value

**26.**    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

---

Official Form 206A/B        Schedule A/B Assets - Real and Personal Property        page 2

| Debtor | **Zidware, Inc.** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

<table>
<tr><td colspan="2" style="background:black;color:white"><b>Part 7:</b></td><td colspan="2"><b>Office furniture, fixtures, and equipment; and collectibles</b></td></tr>
</table>

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   **Office furniture** | | | |
| 40.   **Office fixtures** | | | |
| 41.   **Office equipment, including all computer equipment and communication systems equipment and software** **See Zidware Asset Sheet -  Included in Schedule A** | **$0.00** | | **Unknown** |
| 42.   **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | **$0.00** |
|---|---|---|

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No

☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No

☐ Yes

<table>
<tr><td colspan="2" style="background:black;color:white"><b>Part 8:</b></td><td colspan="2"><b>Machinery, equipment, and vehicles</b></td></tr>
</table>

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.   **Aircraft and accessories** | | | |
| 50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **See Zidware Asset Sheet - Included in Schedule A** | **$0.00** | | **Unknown** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Zidware, Inc.**                                             Case number *(If known)* _____
Name

**51.**  **Total of Part 8.**                                                                   | **$0.00** |

Add lines 47 through 50.  Copy the total to line 87.

**52.**  **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No

☐ Yes

**53.**  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

■ Yes Fill in the information below.

**55.**  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **See Zidware Schedule A- Physical Property** | | **$0.00** | | **$0.00** |

**56.**  **Total of Part 9.**                                                                   | **$0.00** |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**57.**  **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No

☐ Yes

**58.**  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 10: | Intangibles and intellectual property |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.**  **Patents, copyrights, trademarks, and trade secrets** **See Zidware Schedule B & Schedule C (value includes patents and trademarks owned by John Popadiuk)** | **$50,000.00** | | **$50,000.00** |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 4

Debtor     **Zidware, Inc.**                                                      Case number *(If known)* _____
            Name

| | | | |
|---|---|---|---|
| 61. | **Internet domain names and websites** | | |
| 62. | **Licenses, franchises, and royalties** | | |
| | **deeproot Tech LLC License Fee Agreement(s)** | **Unknown** | **Unknown** |
| 63. | **Customer lists, mailing lists, or other compilations** | | |
| | **Past Customers** | **$0.00** | **$0.00** |
| 64. | **Other intangibles, or intellectual property** | | |
| 65. | **Goodwill** | | |
| 66. | **Total of Part 10.** | | **$50,000.00** |
| | Add lines 60 through 65. Copy the total to line 89. | | |

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
      ■ No
      ☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ■ No
      ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 11:       All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
      Include all interests in executory contracts and unexpired leases not previously reported on this form.

      ■ No.  Go to Part 12.
      ☐ Yes Fill in the information below.

Debtor    **Zidware, Inc.**
_____    Case number *(If known)* _____
Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $750.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $95,200.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $50,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $145,950.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $145,950.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Table 1

**Zidware inc**
**schedule A**
**11_2019**

| Area | Item | Asset Note | Value |
|------|------|------------|-------|
| Prototype Games | Prototype Game - MG4 | - original prototype #4 of Magic Girl (rare) | 25000 |
| | Prototype Game - MGP | - original prototype sample game cabinet of Magic Girl | 4500 |
| | Prototype Game - RZ1 | - original prototype #1 of Retro Zombie (missing playfield) (rare) | 7500 |
| | Prototype Game - RZ1 | - original prototype #2 of Retro Zombie (missing playfield) (rare) | 7500 |
| | Prototype Game - RZ1 | - original prototype #3 of Retro Zombie (missing playfield) (rare) | 7500 |
| | Prototype Game - SPM1 | - original prototype #1 of Space Mission X (rare) | 3500 |
| | Prototype Game - SPM2 | - original prototype #2 of Space Mission X (working) (rare) | 7500 |
| Office | Office Supplies | - misc office supplies for daily business | 250 |
| | Office Computers | - macintosh computer / pc computer for cnc | 450 |
| | Printer / Plotter | - office printer / HP plotter | 500 |
| | 3D Printies | - makerbot 3d printers (2) need repair | 500 |
| | Office Misc | - various other items, folders, tees, envelopes, press kits | 125 |
| Workshop Side R&D | Workshop Furnishing | - misc workshop furnishings | 250 |
| | Workshop Equipment | - misc workshop equipment | 500 |
| | Workshop Supplies | - misc workshop basic supplies (not parts) | 500 |
| | Workshop Tools | - misc hand tools and small machines | 250 |
| | Test Equipment | - power supplies on bench | 150 |
| | Test Computers | - laptop to run cnc machine | 150 |
| | Test Tools | - misc tools | 250 |
| | Connectors & Wire | - misc pins & connectors | 300 |
| | Pinball Parts Misc | - selection of parts for samples / nos / misc | 5000 |
| | Pinball Parts Misc - MG | - selection of parts for samples / nos / misc for Magic Girl (rare) | 5000 |
| | Misc Test Rigs | - pinball rig 1 - full hardware & lcd | 1000 |
| | Misc Test Rigs | - pinball rig 2 | 1000 |
| | Misc Test Rigs | - other power, light, system test fixtures | 250 |
| | Playfields Misc (10) | - misc other test game playfields used for development | 750 |
| | Various Sample Parts | - various old game hunks, bodies, parts, games for R&D | 750 |
| | Signage | - various zidware signage for trade shows, display, etc | 500 |
| | Misc Other Sample Cabinets | - misc full size engineering sample cabinets / playfields | 500 |
| Pinball Game Parts | Coils | - parts for r&d and also for production - not resale | 250 |
| | Rubber Rings | - parts for r&d and also for production - not resale | 250 |
| | Plastic Inserts | - parts for r&d and also for production - not resale | 250 |
| | Plastic Bobbins | - parts for r&d and also for production - not resale | 250 |
| | Plastic Playfields Parts | - parts for r&d and also for production - not resale | 250 |
| | Misc Toys and Novelties | - parts for r&d and also for production - not resale | 250 |
| | Targets | - playfield targets new assemblies | 275 |
| | Brackets | - misc pinball brackets from NOS stock | 150 |
| | Assemblies | - misc pinball assemblies from NOS stock | 1250 |
| | New Metal | - this is a basic total of all new zidware production pinball metal | 350 |
| | New Plastics | - this is a basic total of all laser cut plastic | 250 |
| | New Molded Plastic | - this is a basic total of all molded plastic parts | 500 |
| | New Electroincs Pcbs | - this is a basic total of all electronics in house for production | 650 |
| | Lamps | - basic pinball lamps other than led lamps | 150 |
| | Led Bulbs | - led lamps and bulbs for pinball | 250 |
| | Led Bulbs Custom | - led bulbs custom made for zidware | 500 |
| | Custom Led Pcbs | - custom pcbs made for zidware | 500 |
| | Speakers | - pinball speakers for cabinets | 250 |
| | Pinball Computer Systems | - complete pinball motherboards | 2000 |
| | Misc Parts | - misc. pinball parts estimated | 250 |
| | Misc Game Samples | - sample cabinets and mockups | 450 |
| | Misc Other Samples | - sample parts / mockups / brackets / old games | 1500 |
| Mylar Drawings | Original Mylar Engineering | - jpops original pinball drawings - pencil on mylar - various designs (25) | 2500 |
| END | | | 95,200 |

Table 1

**Zidware Inc**
**schedule B patents**
**intellectual property**
11_11_2019

| | Name | Item | Detail Description | Status |
|---|---|---|---|---|
| | Basic overview of the pinball IP that has been created since 2011 at Zidware | | | |
| 1 | Magic Girl Classic™ | MG Pinball Game | - game development | - complete |
| | | 250 New Games | - new pinball game sales 250@16k | - complete |
| | | 500 New Games (lower $) | - new pinball game sales 500@10k | - to be developed |
| | | | - pinball related spare part sales | - to be developed |
| | | | - pinball art, furniture, design, mods | - to be developed |
| | | | - pinball fashion, tees, jackets, hats | - to be developed |
| 2 | Retro Zombie™ | RZ Pinball Game | - game design / art IP value | - complete |
| | | 250 New Games | - new pinball game sales 250@10k | - complete |
| | | | - spare part sales | - to be developed |
| | | | - pinball art, furniture, design, mods | - to be developed |
| | | | - pinball fashion, tees, jackets, hats | - to be developed |
| 3 | Alice in Wonderland™ | AW Pinball Game | - game design / art IP value | - complete |
| | | 250 New Games | - new pinball game platform sales @9k | - complete |
| | | | - pinball related spare part sales | - to be developed |
| | | | - pinball art, furniture, design, mods | - to be developed |
| | | | - pinball fashion, tees, jackets, hats | - to be developed |
| | Space Mission X™ | SPX Pinball Game | - game design / art IP value | - complete |
| | | 250 New Games | - new pinball game platform sales @7k | - complete |
| | | Low Cost Model | - pinball related spare part sales | - to be developed |
| | | | - pinball art, furniture, design, mods | - to be developed |
| | | | - pinball fashion, tees, jackets, hats | - to be developed |
| 7 | Zidware IP Vendor List | Current vendor list | - complete confidential vendor list | - available |
| 8 | Zidware IP Contractor List | Current talent list | - complete confidential contractor list | - available |
| | Zidware IP Supplier List | Current supplier list | - complete confidential supplier list | - available |
| | Zidware IP Systems | Current pinball dev system | - complete pinball development software | - available |

1

Table 1

| Zidware Inc | | | | |
|---|---|---|---|---|
| Schedule C patents tradermarks | | | | |
| 11/11/2019 | | | | |
| | | | | |
| | | | | |
| **Name** | **Status** | **Application / Registration No.** | **Date Applied** | **Expires** |
| **TRADEMARK** | | | | |
| Pinball Wizard!® | Registered USPTO | 3932208 | 2011 | - |
| Pinball X® | Registered USPTO | 4606017 | 2014 | - |
| Magic Girl™ | Automatic USPTO | no formal application | 2011 | - |
| Retro Atomic Zombie Adventureland™ | Automatic USPTO | no formal application | 2012 | - |
| Alice in Wonderland The Pinball™ | Automatic USPTO | no formal application | 2013 | - |
| Titanium Plate® | Registered USPTO | 4405895 | 2013 | - |
| | | | | |
| **COPYRIGHT** | | | | |
| Magic Girl | Artistic Works USPTO | - full game art & design | 2011 | - |
| Retro Atomic Zombie Adventureland | Artistic Works USPTO | - full game art & design | 2012 | - |
| Alice in Wonderland The Pinball | Artistic Works USPTO | - full game art & design | 2013 | - |

**Fill in this information to identify the case:**

Debtor name __**Zidware, Inc.**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property
**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **deeproot Tech LLC**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Intellectual Property** | **$559,287.30** | **$50,000.00** |

**12621 Silicon Dr.**
**San Antonio, TX 78249**
Creditor's mailing address

Describe the lien _____

_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$559,287.30** |

### Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Zidware, Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**American Pinball**<br>**1448 Yorkshire Dr.**<br>**Streamwood, IL 60107**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $321,127.18 |
| **3.2** | Nonpriority creditor's name and mailing address<br>**Arnold Landis**<br>**77 W. Washington St.**<br>**Chicago, IL 60602**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $11,462.94 |
| **3.3** | Nonpriority creditor's name and mailing address<br>**Bertjan Postma**<br>**Aalscholveroever 8 2492TG**<br>**Den Hagg**<br>**Netherlands**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $6,145.00 |
| **3.4** | Nonpriority creditor's name and mailing address<br>**Brian Sherman**<br>**1705 Silver Pine Dr.**<br>**Northbrook, IL 60062**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $4,855.63 |

| Debtor | Zidware, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,250.00 |
|---|---|---|---|
| | **Brock Hemming**<br>**8 Penelope St.**<br>**Brampton, ON L6P 3H7**<br>**Canada** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,250.00 |
|---|---|---|---|
| | **Buddy Herron**<br>**5111 Kent Junction Rd.**<br>**Norton, VA 24273** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,500.00 |
|---|---|---|---|
| | **Charles Sanderson**<br>**5680 Humbert**<br>**Godfrey, IL 62035** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,995.00 |
|---|---|---|---|
| | **Chris Marquette**<br>**3307 Snydertown Rd.**<br>**Sunbury, PA 17801** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,500.00 |
|---|---|---|---|
| | **Chris Samojlenko (Frolic)**<br>**37 Henning Ave.**<br>**Toronto, ON**<br>**M4R1X6 Canada** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,250.00 |
|---|---|---|---|
| | **Christoper Putnam**<br>**1204 Travis Heights Blvd.**<br>**Austin, TX 78704-2527** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $121,863.55 |
|---|---|---|---|
| | **Cointaker**<br>**3307 Snydertown Rd.**<br>**Sunbury, PA 17801** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | Zidware, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,250.00 |
|---|---|---|---|

**Colby Waltenburg**
**504 W. Bonaventure Ave.**
**Tracy, CA 95391**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,250.00 |
|---|---|---|---|

**Daen Campbell**
**5988 Mackenzie St.**
**Vancouver BC**
**V6N 4K4**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,995.00 |
|---|---|---|---|

**Dave King**
**42331 SE 149th PL**
**North Bend, WA 98045**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,250.00 |
|---|---|---|---|

**David Ward**
**4517 E. 2000 N. Rd.**
**Kankakee, IL 60901**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,645.00 |
|---|---|---|---|

**Don Margolis**
**2281 Gloaming Way**
**Beverly Hills, CA 90210-1716**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,250.00 |
|---|---|---|---|

**Douglas Haider**
**7027 W. Oraibi Dr.**
**Glendale, AZ 85308**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,250.00 |
|---|---|---|---|

**Eang Thai Ow**
**1504-111 Haro St.**
**Vancouver, BC V6E 1E3**
**Canada**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Zidware, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,426.25 |
|---|---|---|---|
| | Ed Storozuk<br>21318 Sorrel Grove St.<br>Ashburn, VA 20147 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,250.00 |
|---|---|---|---|
| | Erik Hohler<br>128 Tallow St.<br>Pickerington, OH 43147 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,250.00 |
|---|---|---|---|
| | Giovanni Comin<br>2223 Lake Ysabel Rd.<br>Templeton, CA 93465 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,800.00 |
|---|---|---|---|
| | Granrath Construction<br>671 Timber Ridge Dr.<br>Bartlett, IL 60103 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,725.00 |
|---|---|---|---|
| | Great Lakes Modular<br>(Tony Clark)<br>6950 US Highway #31<br>Berrien Springs, MI 49103 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,250.00 |
|---|---|---|---|
| | James Williams<br>7905 Anchor Dr.<br>Longmont, CO 80504-7721 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,250.00 |
|---|---|---|---|
| | Jeff Barr<br>Fairfield Mini Storage<br>PO Box 1010<br>Lancaster, OH 43130 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Zidware, Inc. | | Case number (if known) | |
|--------|---------------|--|------------------------|--|
| | Name | | | |

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,500.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**Jeff Stoutamyer**
**4562 Village Springs Place**
**Atlanta, GA 30338**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,250.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**Jeff VandenBerg**
**315 Norwood Ave SE**
**Grand Rapids, MI 49506**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,250.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**Jim Schadek**
**71 Grange St. Headingley**
**Manitoba R4H aA8**
**Canada**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,448.16 |
|------|--------------------------------------------------|---------------------------------------------------------------------|------------|

**Joe Newhart**
**50 Fawn Dr.**
**Dallas, PA 18612**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,895.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**John Cassady**
**1441 Stein Strauss St.**
**Corona, CA 92883**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,995.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|------------|

**John Gimera**
**6107SW Knightsbridge Dr.**
**Portland, OR 97219**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,250.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**Julian Farrior**
**759 11th St.**
**Boulder, CO 80302-7512**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Zidware, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,000.00 |
|---|---|---|---|

**Kevin Cronin**
**171 Sheridan St.**
**North Easton, MA 02356**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $121,093.58 |
|---|---|---|---|

**Kim Mitchell**
**4150 Baseline Rd.**
**Boulder, CO 80303**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,500.00 |
|---|---|---|---|

**Larry Hastings**
**505 Broadway E #507**
**Seattle, WA 98102**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,895.00 |
|---|---|---|---|

**Levi Dittebrandt**
**18407 36th Ave. W**
**Lynnwood, WA 98037**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,250.00 |
|---|---|---|---|

**Lucas Nealan**
**660 4th St.#282**
**San Francisco, CA 94107**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,250.00 |
|---|---|---|---|

**Marcello Bessone**
**4108 W. Corona St.**
**Tampa, FL 33629**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,500.00 |
|---|---|---|---|

**Marino Lobbens**
**Leopoldsabbestraat 150**
**8930 Lauwer-Menen**
**Belgium**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Zidware, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,250.00**

Mark Brosso
1075 Maple Hill Ln.
Malvern, PA 19355

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,500.00**

Mark Hittner
923 Southern Dr.
Franklin Square, NY 11010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,250.00**

Mark Scott
106 Bluff View Ct.
Aledo, TX 76008

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,250.00**

Markus Staiger
Nuclear Blast
2323 W. El Segundo Blvd.
Hawthorne, CA 90250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Matthew Kleinowsky
104 Barton Ave.
Toronto ON M6G 1 P6
Canada

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,395.00**

Mehdy-Pierre Hadibi
76 Ave Du General
deGaulle 92250 LaGarenne Columbes
France

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,995.00**

Melissa Marquette
c/o Cointaker
3307 Snydertown Rd.
Sunbury, PA 17801

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Zidware, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,250.00 |
|---|---|---|---|

Michael Pupo
618 Gregg Ave.
Reading, PA 19611

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,250.00 |
|---|---|---|---|

Pascal Leroy
Group 94 Guldenspoorstraat
21 9000 Gent
Belgium

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Pascal Van Wonterghem
Group 94-Guldenspoorstraat
21 9000 Gent, Belgium

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,600.00 |
|---|---|---|---|

Paypal Inc.
2211 North First St.
San Jose, CA 95131

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Pintasta
3690 W. 34th Ave.
Vancouver, British Columbia
Canada

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,877.54 |
|---|---|---|---|

Raphael Zilch
24230 W. Patridge Dr.
Plainfield, IL 60544

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

Rob Anthony
5277 Parker Ave
Saint Louis, MO 63139

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Zidware, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,500.00** |
|---|---|---|---|

**Rob Berk**
**1085 Eagle Trace**
**Warren, OH 44484**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,250.00** |
|---|---|---|---|

**Rob Dragani**
**121 L'Amoreaux Dr.**
**Scarborough ON Canada**
**M1W2J9**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,250.00** |
|---|---|---|---|

**Robert Paytner**
**905 Hawthorne Dr.**
**Columbus, IN 47203**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,250.00** |
|---|---|---|---|

**Rodney Cawood**
**655 Knox Rd.**
**Chapmansboro, TN 37035**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,426.25** |
|---|---|---|---|

**Rommy Henly**
**2332 Packet Hollow Rd.**
**Pineville, MO 64856-9685**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,250.00** |
|---|---|---|---|

**Ronald Ott**
**12342 Wilkins Ave.**
**Rockville, MD 20852**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,800.00** |
|---|---|---|---|

**Rotten Dog Amusements (Jim Knight)**
**540 Macedonia Dr.**
**Punta Gorda, FL 33950**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Zidware, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.61**

**Nonpriority creditor's name and mailing address**

Ryan Bean
5430 Hidalgo Ct.
Garland, TX 75043

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,895.00**

---

**3.62**

**Nonpriority creditor's name and mailing address**

Stefan Riedler
Obere Agergasse
3 4840 Vocklabruck
Austria

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,895.00**

---

**3.63**

**Nonpriority creditor's name and mailing address**

Steve Marsh
6454 Nikki Way
Lake Worth, FL 33467

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$15,995.00**

---

**3.64**

**Nonpriority creditor's name and mailing address**

Terry Dezwarte
11323 Nicollet Lane
Huntley, IL 60142

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$9,500.00**

---

**3.65**

**Nonpriority creditor's name and mailing address**

Thomas Harker
ICD Group
121 Hall St.
Rockford, IL 61107

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,895.00**

---

**3.66**

**Nonpriority creditor's name and mailing address**

Timothy Weaver
121 W. Franklin St.
Elkhart, IN 46516

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$6,500.00**

---

**3.67**

**Nonpriority creditor's name and mailing address**

Tom Pettys
3890 S. Federal Blvd.
Sheridan, CO 80110

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$4,250.00**

---

| Debtor | Zidware, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,500.00 |
|---|---|---|---|

**Venis & Copp LLP**
**Frank Venis**
**205 W. Randolph St., Ste. 2000**
**Chicago, IL 60606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**William Brandes**
**3690 W. 34th Ave.**
**Vancouver, British Columbia**
**Canada**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,250.00 |
|---|---|---|---|

**William Versen**
**203 Andover Dr.**
**Prospect Heights, IL 60070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 973,141.08 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 973,141.08 |

**Fill in this information to identify the case:**

Debtor name __**Zidware, Inc.**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest **Licensing Fee Agreement** | |
| State the term remaining | **deeproot Tech LLC** |
| List the contract number of any government contract _____ | **12621 Silicon Dr.** **San Antonio, TX 78249** |

**Fill in this information to identify the case:**

Debtor name  **Zidware, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | John A. Popadiuk | 722 Chestnut Ct. Bartlett, IL 60103 | deeproot Tech LLC | ■ D ___2.1___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | John A. Popadiuk | 722 Chestnut Ct. Bartlett, IL 60103 | American Pinball | ☐ D _____ <br> ■ E/F ___3.1___ <br> ☐ G _____ |
| 2.3 | John A. Popadiuk | 722 Chestnut Ct. Bartlett, IL 60103 | Arnold Landis | ☐ D _____ <br> ■ E/F ___3.2___ <br> ☐ G _____ |
| 2.4 | John A. Popadiuk | 722 Chestnut Ct. Bartlett, IL 60103 | Bertjan Postma | ☐ D _____ <br> ■ E/F ___3.3___ <br> ☐ G _____ |
| 2.5 | John A. Popadiuk | 722 Chestnut Ct. Bartlett, IL 60103 | Brian Sherman | ☐ D _____ <br> ■ E/F ___3.4___ <br> ☐ G _____ |

| Debtor | **Zidware, Inc.** | Case number *(if known)* |
|---|---|---|

| ▮ | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 | John A. Popadiuk | 722 Chestnut Ct. Bartlett, IL 60103 | Brock Hemming | ☐ D _____ <br> ▰ E/F __3.5__ <br> ☐ G _____ |
| 2.7 | John A. Popadiuk | 722 Chestnut Ct. Bartlett, IL 60103 | Buddy Herron | ☐ D _____ <br> ▰ E/F __3.6__ <br> ☐ G _____ |
| 2.8 | John A. Popadiuk | 722 Chestnut Ct. Bartlett, IL 60103 | Charles Sanderson | ☐ D _____ <br> ▰ E/F __3.7__ <br> ☐ G _____ |
| 2.9 | John A. Popadiuk | 722 Chestnut Ct. Bartlett, IL 60103 | Chris Marquette | ☐ D _____ <br> ▰ E/F __3.8__ <br> ☐ G _____ |
| 2.10 | John A. Popadiuk | 722 Chestnut Ct. Bartlett, IL 60103 | Chris Samojlenko (Frolic) | ☐ D _____ <br> ▰ E/F __3.9__ <br> ☐ G _____ |
| 2.11 | John A. Popadiuk | 722 Chestnut Ct. Bartlett, IL 60103 | Christoper Putnam | ☐ D _____ <br> ▰ E/F __3.10__ <br> ☐ G _____ |
| 2.12 | John A. Popadiuk | 722 Chestnut Ct. Bartlett, IL 60103 | Cointaker | ☐ D _____ <br> ▰ E/F __3.11__ <br> ☐ G _____ |
| 2.13 | John A. Popadiuk | 722 Chestnut Ct. Bartlett, IL 60103 | Colby Waltenburg | ☐ D _____ <br> ▰ E/F __3.12__ <br> ☐ G _____ |

| Debtor | **Zidware, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.14 | **John A. Popadiuk** | **722 Chestnut Ct. Bartlett, IL 60103** | **Daen Campbell** | ☐ D _____ ■ E/F  **3.13** ☐ G _____ |
| 2.15 | **John A. Popadiuk** | **722 Chestnut Ct. Bartlett, IL 60103** | **Dave King** | ☐ D _____ ■ E/F  **3.14** ☐ G _____ |
| 2.16 | **John A. Popadiuk** | **722 Chestnut Ct. Bartlett, IL 60103** | **David Ward** | ☐ D _____ ■ E/F  **3.15** ☐ G _____ |
| 2.17 | **John A. Popadiuk** | **722 Chestnut Ct. Bartlett, IL 60103** | **Don Margolis** | ☐ D _____ ■ E/F  **3.16** ☐ G _____ |
| 2.18 | **John A. Popadiuk** | **722 Chestnut Ct. Bartlett, IL 60103** | **Douglas Haider** | ☐ D _____ ■ E/F  **3.17** ☐ G _____ |
| 2.19 | **John A. Popadiuk** | **722 Chestnut Ct. Bartlett, IL 60103** | **Eang Thai Ow** | ☐ D _____ ■ E/F  **3.18** ☐ G _____ |
| 2.20 | **John A. Popadiuk** | **722 Chestnut Ct. Bartlett, IL 60103** | **Ed Storozuk** | ☐ D _____ ■ E/F  **3.19** ☐ G _____ |
| 2.21 | **John A. Popadiuk** | **722 Chestnut Ct. Bartlett, IL 60103** | **Erik Hohler** | ☐ D _____ ■ E/F  **3.20** ☐ G _____ |

| Debtor | **Zidware, Inc.** | | Case number *(if known)* | |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.22 | John A. Popadiuk | 722 Chestnut Ct. Bartlett, IL 60103 | Giovanni Comin | ☐ D _____ ■ E/F __3.21__ ☐ G _____ |
| 2.23 | John A. Popadiuk | 722 Chestnut Ct. Bartlett, IL 60103 | Granrath Construction | ☐ D _____ ■ E/F __3.22__ ☐ G _____ |
| 2.24 | John A. Popadiuk | 722 Chestnut Ct. Bartlett, IL 60103 | Great Lakes Modular | ☐ D _____ ■ E/F __3.23__ ☐ G _____ |
| 2.25 | John A. Popadiuk | 722 Chestnut Ct. Bartlett, IL 60103 | James Williams | ☐ D _____ ■ E/F __3.24__ ☐ G _____ |
| 2.26 | John A. Popadiuk | 722 Chestnut Ct. Bartlett, IL 60103 | Jeff Barr | ☐ D _____ ■ E/F __3.25__ ☐ G _____ |
| 2.27 | John A. Popadiuk | 722 Chestnut Ct. Bartlett, IL 60103 | Jeff Stoutamyer | ☐ D _____ ■ E/F __3.26__ ☐ G _____ |
| 2.28 | John A. Popadiuk | 722 Chestnut Ct. Bartlett, IL 60103 | Jeff VandenBerg | ☐ D _____ ■ E/F __3.27__ ☐ G _____ |
| 2.29 | John A. Popadiuk | 722 Chestnut Ct. Bartlett, IL 60103 | Jim Schadek | ☐ D _____ ■ E/F __3.28__ ☐ G _____ |

| Debtor | **Zidware, Inc.** | Case number *(if known)* | |
|---|---|---|---|

▣ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|

| 2.30 | **John A. Popadiuk** | **722 Chestnut Ct. Bartlett, IL 60103** | **Joe Newhart** | ☐ D _____<br>■ E/F ___**3.29**___<br>☐ G _____ |
|---|---|---|---|---|
| 2.31 | **John A. Popadiuk** | **722 Chestnut Ct. Bartlett, IL 60103** | **John Cassady** | ☐ D _____<br>■ E/F ___**3.30**___<br>☐ G _____ |
| 2.32 | **John A. Popadiuk** | **722 Chestnut Ct. Bartlett, IL 60103** | **John Gimera** | ☐ D _____<br>■ E/F ___**3.31**___<br>☐ G _____ |
| 2.33 | **John A. Popadiuk** | **722 Chestnut Ct. Bartlett, IL 60103** | **Julian Farrior** | ☐ D _____<br>■ E/F ___**3.32**___<br>☐ G _____ |
| 2.34 | **John A. Popadiuk** | **722 Chestnut Ct. Bartlett, IL 60103** | **Kevin Cronin** | ☐ D _____<br>■ E/F ___**3.33**___<br>☐ G _____ |
| 2.35 | **John A. Popadiuk** | **722 Chestnut Ct. Bartlett, IL 60103** | **Kim Mitchell** | ☐ D _____<br>■ E/F ___**3.34**___<br>☐ G _____ |
| 2.36 | **John A. Popadiuk** | **722 Chestnut Ct. Bartlett, IL 60103** | **Larry Hastings** | ☐ D _____<br>■ E/F ___**3.35**___<br>☐ G _____ |
| 2.37 | **John A. Popadiuk** | **722 Chestnut Ct. Bartlett, IL 60103** | **Levi Dittebrandt** | ☐ D _____<br>■ E/F ___**3.36**___<br>☐ G _____ |

| Debtor | **Zidware, Inc.** | Case number *(if known)* | |
|---|---|---|---|

---

| | **Additional Page to List More Codebtors** | | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**          *Column 2:* **Creditor**

| | Codebtor | Address | Creditor | |
|---|---|---|---|---|
| 2.38 | John A. Popadiuk | 722 Chestnut Ct. Bartlett, IL 60103 | Lucas Nealan | ☐ D _____ ■ E/F __3.37__ ☐ G _____ |
| 2.39 | John A. Popadiuk | 722 Chestnut Ct. Bartlett, IL 60103 | Marcello Bessone | ☐ D _____ ■ E/F __3.38__ ☐ G _____ |
| 2.40 | John A. Popadiuk | 722 Chestnut Ct. Bartlett, IL 60103 | Marino Lobbens | ☐ D _____ ■ E/F __3.39__ ☐ G _____ |
| 2.41 | John A. Popadiuk | 722 Chestnut Ct. Bartlett, IL 60103 | Mark Brosso | ☐ D _____ ■ E/F __3.40__ ☐ G _____ |
| 2.42 | John A. Popadiuk | 722 Chestnut Ct. Bartlett, IL 60103 | Mark Hittner | ☐ D _____ ■ E/F __3.41__ ☐ G _____ |
| 2.43 | John A. Popadiuk | 722 Chestnut Ct. Bartlett, IL 60103 | Mark Scott | ☐ D _____ ■ E/F __3.42__ ☐ G _____ |
| 2.44 | John A. Popadiuk | 722 Chestnut Ct. Bartlett, IL 60103 | Markus Staiger | ☐ D _____ ■ E/F __3.43__ ☐ G _____ |
| 2.45 | John A. Popadiuk | 722 Chestnut Ct. Bartlett, IL 60103 | Matthew Kleinowsky | ☐ D _____ ■ E/F __3.44__ ☐ G _____ |

| Debtor | **Zidware, Inc.** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor**                                                          *Column 2:* **Creditor**

| 2.46 | John A. Popadiuk | 722 Chestnut Ct. Bartlett, IL 60103 | Mehdy-Pierre Hadibi | ☐ D _____ ☑ E/F __3.45__ ☐ G _____ |
|---|---|---|---|---|
| 2.47 | John A. Popadiuk | 722 Chestnut Ct. Bartlett, IL 60103 | Melissa Marquette | ☐ D _____ ☑ E/F __3.46__ ☐ G _____ |
| 2.48 | John A. Popadiuk | 722 Chestnut Ct. Bartlett, IL 60103 | Michael Pupo | ☐ D _____ ☑ E/F __3.47__ ☐ G _____ |
| 2.49 | John A. Popadiuk | 722 Chestnut Ct. Bartlett, IL 60103 | Pascal Leroy | ☐ D _____ ☑ E/F __3.48__ ☐ G _____ |
| 2.50 | John A. Popadiuk | 722 Chestnut Ct. Bartlett, IL 60103 | Pascal Van Wonterghem | ☐ D _____ ☑ E/F __3.49__ ☐ G _____ |
| 2.51 | John A. Popadiuk | 722 Chestnut Ct. Bartlett, IL 60103 | Paypal Inc. | ☐ D _____ ☑ E/F __3.50__ ☐ G _____ |
| 2.52 | John A. Popadiuk | 722 Chestnut Ct. Bartlett, IL 60103 | Pintasia | ☐ D _____ ☑ E/F __3.51__ ☐ G _____ |
| 2.53 | John A. Popadiuk | 722 Chestnut Ct. Bartlett, IL 60103 | Raphael Zilch | ☐ D _____ ☑ E/F __3.52__ ☐ G _____ |

| Debtor | **Zidware, Inc.** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.54 | John A. Popadiuk | 722 Chestnut Ct. Bartlett, IL 60103 | Rob Anthony | ☐ D _____ ☑ E/F __3.53__ ☐ G _____ |
| 2.55 | John A. Popadiuk | 722 Chestnut Ct. Bartlett, IL 60103 | Rob Berk | ☐ D _____ ☑ E/F __3.54__ ☐ G _____ |
| 2.56 | John A. Popadiuk | 722 Chestnut Ct. Bartlett, IL 60103 | Rob Dragani | ☐ D _____ ☑ E/F __3.55__ ☐ G _____ |
| 2.57 | John A. Popadiuk | 722 Chestnut Ct. Bartlett, IL 60103 | Robert Paytner | ☐ D _____ ☑ E/F __3.56__ ☐ G _____ |
| 2.58 | John A. Popadiuk | 722 Chestnut Ct. Bartlett, IL 60103 | Rodney Cawood | ☐ D _____ ☑ E/F __3.57__ ☐ G _____ |
| 2.59 | John A. Popadiuk | 722 Chestnut Ct. Bartlett, IL 60103 | Rommy Henly | ☐ D _____ ☑ E/F __3.58__ ☐ G _____ |
| 2.60 | John A. Popadiuk | 722 Chestnut Ct. Bartlett, IL 60103 | Ronald Ott | ☐ D _____ ☑ E/F __3.59__ ☐ G _____ |
| 2.61 | John A. Popadiuk | 722 Chestnut Ct. Bartlett, IL 60103 | Rotten Dog Amusements (Jim Knight) | ☐ D _____ ☑ E/F __3.60__ ☐ G _____ |

| Debtor | **Zidware, Inc.** | | Case number *(if known)* | |

■ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor** | *Column 2:* **Creditor**

| 2.62 | John A. Popadiuk | 722 Chestnut Ct. Bartlett, IL 60103 | Ryan Bean | ☐ D _____ ■ E/F __3.61__ ☐ G _____ |
| 2.63 | John A. Popadiuk | 722 Chestnut Ct. Bartlett, IL 60103 | Stefan Riedler | ☐ D _____ ■ E/F __3.62__ ☐ G _____ |
| 2.64 | John A. Popadiuk | 722 Chestnut Ct. Bartlett, IL 60103 | Steve Marsh | ☐ D _____ ■ E/F __3.63__ ☐ G _____ |
| 2.65 | John A. Popadiuk | 722 Chestnut Ct. Bartlett, IL 60103 | Terry Dezwarte | ☐ D _____ ■ E/F __3.64__ ☐ G _____ |
| 2.66 | John A. Popadiuk | 722 Chestnut Ct. Bartlett, IL 60103 | Thomas Harker | ☐ D _____ ■ E/F __3.65__ ☐ G _____ |
| 2.67 | John A. Popadiuk | 722 Chestnut Ct. Bartlett, IL 60103 | Timothy Weaver | ☐ D _____ ■ E/F __3.66__ ☐ G _____ |
| 2.68 | John A. Popadiuk | 722 Chestnut Ct. Bartlett, IL 60103 | Tom Pettys | ☐ D _____ ■ E/F __3.67__ ☐ G _____ |
| 2.69 | John A. Popadiuk | 722 Chestnut Ct. Bartlett, IL 60103 | Venis & Copp LLP | ☐ D _____ ■ E/F __3.68__ ☐ G _____ |

Debtor    **Zidware, Inc.** _____    Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.70 | **John A. Popadiuk** | 722 Chestnut Ct. Bartlett, IL 60103 | **William Brandes** | ☐ D _____ ■ E/F   3.69 ☐ G _____ |
| 2.71 | **John A. Popadiuk** | 722 Chestnut Ct. Bartlett, IL 60103 | **William Versen** | ☐ D _____ ■ E/F   3.70 ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name **Zidware, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      **04/19**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2019** to **Filing Date** | ☐ Operating a business<br>■ Other    **customer deposits** | $14,500.00 |
| **For prior year:**<br>From  **1/01/2018** to **12/31/2018** | ☐ Operating a business<br>■ Other    **customer deposits** | $47,500.00 |
| **For year before that:**<br>From  **1/01/2017** to **12/31/2017** | ☐ Operating a business<br>■ Other    **customer deposits** | $41,500.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount

| Debtor | Zidware, Inc. | | Case number *(if known)* | |

may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Zidware et al. v. Mitchell, et al. 18 L 004116 | Defamation | Circuit Court of Cook County-Law Divisio 50 W. Washington Street Chicago, IL 60602 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. | Kim Mitchell, et al. v. John Popadiuk and Zidware, Inc. 2015-M1-110181 | Breach of Contract | Circuit Court of Cook County, Municipal Dept., 1st Dist. Chicago, IL | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | Zidware, Inc. | Case number *(if known)* | |
|---|---|---|---|

---

**Part 5:**   **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:**   **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Crane, Simon, Clar & Dan<br>135 S. LaSalle St., Ste. 3705<br>Chicago, IL 60603** | | **11/15/2019** | **$7,500.00** |
| | **Email or website address<br>www.cranesimon.com** | | | |
| | **Who made the payment, if not debtor?<br>deeproot Tech, LLC** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   **Previous Locations**

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ☐ Does not apply

| Address | | Dates of occupancy<br>From-To |
|---|---|---|

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Zidware, Inc. | Case number *(if known)* |
|---|---|---|

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **39 Sangra Court**<br>**Streamwood, IL 60107** | **1/2012-1/2017** |

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Chase Bank** | **XXXX-8080** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **7/15** | **$0.00** |
| 18.2. | **Chase Bank** | **XXXX-8292** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **7/15** | **$0.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com　　　Best Case Bankruptcy

Debtor    **Zidware, Inc.**                                            Case number *(if known)* _____

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.3. | **Chase Bank** | **XXXX-8920** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **7/15** | **$100.00** |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

| Debtor | **Zidware, Inc.** | Case number *(if known)* | |
|---|---|---|---|

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service
From-To |
|---|---|
| 26a.1.   **Pro Financial Services
24 East Irving Park Road
Roselle, IL 60172** | **2011-Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **John A. Popadiuk
722 Chestnut Ct.
Bartlett, IL 60103** | **2011-Present** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

- ■ No
- ☐ Yes. Give the details about the two most recent inventories.

Debtor    **Zidware, Inc.**                                                    Case number *(if known)*

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Debtor     **Zidware, Inc.**                                           Case number *(if known)*

---

| **Part 14:** | **Signature and Declaration** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **November 21, 2019**

**/s/ John A. Popadiuk**                                      **John A. Popadiuk**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor     **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

Debtor    Zidware, Inc.                                                                    Case number *(if known)* _____

---

## Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 21, 2019**

_____            **John A. Popadiuk**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**

---

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re __Zidware, Inc.__        Case No. _____

Debtor(s)        Chapter   __7__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 7,500.00 |
| Prior to the filing of this statement I have received | $ | 7,500.00 |
| Balance Due | $ | 0.00 |

2. The source of the compensation paid to me was:

   ☐ Debtor     ■ Other (specify):    **deeproot Tech LLC**

3. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **November 21, 2019** | **/s/ JEFFREY C. DAN** |
| *Date* | **JEFFREY C. DAN** |
| | *Signature of Attorney* |
| | **Crane, Simon, Clar & Dan** |
| | **Suite 3705** |
| | **135 South LaSalle Street** |
| | **Chicago, IL 60603-4297** |
| | **312-641-6777  Fax: 312-641-7114** |
| | **jdan@cranesimon.com** |
| | *Name of law firm* |

---

LAW OFFICES

# CRANE, SIMON, CLAR & DAN

EUGENE CRANE
ARTHUR G. SIMON
SCOTT R. CLAR
JEFFREY C. DAN
KAREN R. GOODMAN

135 S. LASALLE STREET
SUITE 3705
CHICAGO, ILLINOIS
60603-4297
TEL: (312) 641-6777
FAX: (312) 641-7114
WWW.CRANESIMON.COM

JOHN H. REDFIELD, OF COUNSEL

September 25, 2019

Zidware, Inc.
c/o John Popadiuk, President
722 Chestnut Ct.
Bartlett, IL 60103

Re:    Chapter 7 Bankruptcy

Dear John:

This letter is to confirm the agreement reached with Zidware, Inc. ("Zidware") concerning the retention of the law firm of Crane, Simon, Clar & Dan ("CSCD") in connection with the representation of Zidware in a Chapter 7 bankruptcy proceeding. After review of this letter, please sign on the signature line provided acknowledging your understanding of the terms of our retention.

Zidware has agreed to pay and CSCD has agreed to accept $7,500.00 as a general advance payment retainer, which is intended to provide full compensation for all legal fees and the statutory filing fee associated with a typical Chapter 7 bankruptcy proceeding as described in more detail below. In consideration of the payment of this retainer, CSCD agrees to provide legal services on Zidware's behalf in connection with the matters upon which CSCD has been retained.

This retainer is non-refundable, will not be held in the client trust account of CSCD, and will be treated as income by CSCD upon its receipt, whereupon it will be deposited into the general account of CSCD. This retainer is the property of CSCD and Zidware retains no legal or equitable interest in the retainer.

Zidware acknowledges that this retainer includes legal representation and the statutory filing fee for only the ordinary matters associated with a typical Chapter 7 bankruptcy proceeding, such as preparation of the Chapter 7 Petition, Schedules and Statement of Financial Affairs, representation at the meeting of creditors, and consultation and advice regarding same. This retainer does not include representation of Zidware in matters such as adversary proceedings. If Zidware requires representation with respect to matters not included by this retainer, Zidware understands that it may retain CSCD or another firm in such other matter pursuant to a separate fee agreement.

LAW OFFICES

## CRANE, SIMON, CLAR & DAN

John Popadiuk
September 25, 2019
Page Two

If Zidware retains CSCD for such additional representation, please be aware that the current hourly rates for CSCD are as follows:

| | |
|---|---|
| Eugene Crane……………… | $520 |
| Arthur G. Simon…………… | $520 |
| Scott R. Clar……………… | $520 |
| Jeffrey C. Dan……………… | $480 |
| Karen R. Goodman………… | $520 |
| John H. Redfield…………… | $400 |

Please note that these hourly rates typically change each January.  You will be billed at the hourly rates in existence at the time of billing.

Please sign and return this letter to me as soon as possible.  Thank you for the opportunity to be of service to you.  We look forward to a successful relationship with you.  Of course, should there be any questions concerning our representation, please do not hesitate to contact the undersigned.

Very truly yours,

CRANE, SIMON, CLAR & DAN

By:   _____
        Jeffrey C. Dan

JCD/mjo


AGREED, ACCEPTED AND UNDERSTOOD:

ZIDWARE, INC.

By:   _____
        John Popadiuk, its President

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Zidware, Inc.**
_____
                                    Debtor(s)

Case No.  _____
Chapter  **7**  _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:  _____  **72**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **November 21, 2019**
_____

**/s/ John A. Popadiuk**
_____
**John A. Popadiuk/President**
Signer/Title

# United States Bankruptcy Court
## Northern District of Illinois

In re   Zidware, Inc. _____     Case No. _____
                                    Debtor(s)            Chapter   7 _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ 72

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  November 21, 2019 _____     _____
                                              John A. Popadiuk/President
                                              Signer/Title

American Pinball
1448 Yorkshire Dr.
Streamwood, IL 60107

330 Snydertown Rd.
Sunbury, PA 17801

128 Tallow St.
Pickerington, OH 43147

.

Arnold Landis
77 W. Washington St.
Chicago, IL 60602

Colby Waltenburg
504 W. Bonaventure Ave.
Tracy, CA 95391

Giovanni Comin
2223 Lake Ysabel Rd.
Templeton, CA 93465

Bertjan Postma
Aalscholveroever 8 2492TG
Den Hagg
Netherlands

Daen Campbell
5988 Mackenzie St.
Vancouver BC
V6N 4K4

Granrath Construction
671 Timber Ridge Dr.
Bartlett, IL 60103

Brian Sherman
1705 Silver Pine Dr.
Northbrook, IL 60062

Dave King
42331 SE 149th PL
North Bend, WA 98045

Great Lakes Modular
(Tony Clark)
6950 US Highway #31
Berrien Springs, MI 49103

Brock Hemming
8 Penelope St.
Brampton, ON L6P 3H7
Canada

David Ward
4517 E. 2000 N. Rd.
Kankakee, IL 60901

James Williams
7905 Anchor Dr.
Longmont, CO 80504-7721

Buddy Herron
5111 Kent Junction Rd.
Norton, VA 24273

deeproot Tech LLC
12621 Silicon Dr.
San Antonio, TX 78249

Jeff Barr
Fairfield Mini Storage
PO Box 1010
Lancaster, OH 43130

Charles Sanderson
5680 Humbert
Godfrey, IL 62035

Don Margolis
2281 Gloaming Way
Beverly Hills, CA 90210-1716

Jeff Stoutamyer
4562 Village Springs Place
Atlanta, GA 30338

Chris Marquette
3307 Snydertown Rd.
Sunbury, PA 17801

Douglas Haider
7027 W. Oraibi Dr.
Glendale, AZ 85308

Jeff VandenBerg
315 Norwood Ave SE
Grand Rapids, MI 49506

Chris Samojlenko (Frolic)
37 Henning Ave.
Toronto, ON
M4R1X6 Canada

Eang Thai Ow
1504-111 Haro St.
Vancouver, BC V6E 1E3
Canada

Jim Schadek
71 Grange St. Headingley
Manitoba R4H aA8
Canada

Christoper Putnam
1204 Travis Heights Blvd.
Austin, TX 78704-2527

Ed Storozuk
21318 Sorrel Grove St.
Ashburn, VA 20147

Joe Newhart
50 Fawn Dr.
Dallas, PA 18612

John A. Popadiuk
722 Chestnut Ct.
Bartlett, IL 60103

Leen Van Schoonhem
Leewenstraat
8930 Lauwer-Menen
Belgium

Leen Van Schoonhem
Group 94-Guldenspoorstraat
21 9000 Gent, Belgium

John Cassady
1441 Stein Strauss St.
Corona, CA 92883

Mark Brosso
1075 Maple Hill Ln.
Malvern, PA 19355

Paypal Inc.
2211 North First St.
San Jose, CA 95131

John Gimera
6107SW Knightsbridge Dr.
Portland, OR 97219

Mark Hittner
923 Southern Dr.
Franklin Square, NY 11010

Pintasia
3690 W. 34th Ave.
Vancouver, British Columbia
Canada

Julian Farrior
759 11th St.
Boulder, CO 80302-7512

Mark Scott
106 Bluff View Ct.
Aledo, TX 76008

Raphael Zilch
24230 W. Patridge Dr.
Plainfield, IL 60544

Kevin Cronin
171 Sheridan St.
North Easton, MA 02356

Markus Staiger
Nuclear Blast
2323 W. El Segundo Blvd.
Hawthorne, CA 90250

Rob Anthony
5277 Parker Ave
Saint Louis, MO 63139

Kim Mitchell
4150 Baseline Rd.
Boulder, CO 80303

Matthew Kleinowsky
104 Barton Ave.
Toronto ON M6G 1 P6
Canada

Rob Berk
1085 Eagle Trace
Warren, OH 44484

Larry Hastings
505 Broadway E #507
Seattle, WA 98102

Mehdy-Pierre Hadibi
76 Ave Du General
deGaulle 92250 LaGarenne Columbes
France

Rob Dragani
121 L'Amoreaux Dr.
Scarborough ON Canada
M1W2J9

Levi Dittebrandt
18407 36th Ave. W
Lynnwood, WA 98037

Melissa Marquette
c/o Cointaker
3307 Snydertown Rd.
Sunbury, PA 17801

Robert Paytner
905 Hawthorne Dr.
Columbus, IN 47203

Lucas Nealan
660 4th St.#282
San Francisco, CA 94107

Michael Pupo
618 Gregg Ave.
Reading, PA 19611

Rodney Cawood
655 Knox Rd.
Chapmansboro, TN 37035

Marcello Bessone
4108 W. Corona St.
Tampa, FL 33629

Pascal Leroy
Group 94 Guldenspoorstraat
21 9000 Gent
Belgium

Rommy Henly
2332 Packet Hollow Rd.
Pineville, MO 64856-9685

Ronald Ott
12342 Wilkins Ave.
Rockville, MD 20852

William Branlee
3600 Clement Ave
Vancouver, British Columbia
Canada

Rotten Dog Amusements (Jim Knight)
540 Macedonia Dr.
Punta Gorda, FL 33950

William Versen
203 Andover Dr.
Prospect Heights, IL 60070

Ryan Bean
5430 Hidalgo Ct.
Garland, TX 75043

Stefan Riedler
Obere Agergasse
3 4840 Vocklabruck
Austria

Steve Marsh
6454 Nikki Way
Lake Worth, FL 33467

Terry Dezwarte
11323 Nicollet Lane
Huntley, IL 60142

Thomas Harker
ICD Group
121 Hall St.
Rockford, IL 61107

Timothy Weaver
121 W. Franklin St.
Elkhart, IN 46516

Tom Pettys
3890 S. Federal Blvd.
Sheridan, CO 80110

Venis & Copp LLP
Frank Venis
205 W. Randolph St., Ste. 2000
Chicago, IL 60606

# United States Bankruptcy Court
## Northern District of Illinois

In re    __Zidware, Inc.__

Debtor(s)

Case No. _____

Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Zidware, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__November 21, 2019__

Date

**/s/ JEFFREY C. DAN**

**JEFFREY C. DAN**

Signature of Attorney or Litigant

Counsel for    **Zidware, Inc.**

**Crane, Simon, Clar & Dan**
**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
**312-641-6777 Fax:312-641-7114**
**jdan@cranesimon.com**