**Fill in this information to identify the case:**

Debtor name      **Zidware, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    **19-33204**

■ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING — Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended Schedule    **A/B**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ *Other document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **November 22, 2019**      X _____
                                              Signature of individual signing on behalf of debtor

                                              **John A. Popadiuk**
                                              Printed name

                                              **President**
                                              Position or relationship to debtor

| Fill in this information to identify the case: |
| --- |
| Debtor name  **Zidware, Inc.** |
| United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known)  **19-33204** |

■ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

**Current value of debtor's interest**

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
    Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

| 3.1. | **BMO Harris** | checking | 1070 | $750.00 |
| --- | --- | --- | --- | --- |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**                                              | $750.00 |
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.  **Accounts receivable**

| 11b. Over 90 days old: | 63,750.00 | - | 63,750.00 | =.... | $0.00 |
| --- | --- | --- | --- | --- | --- |
|  | face amount |  | doubtful or uncollectible accounts |  |  |

---

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 1

Debtor    **Zidware, Inc.**
_____
Name

Case number (If known)  **19-33204**

| | | | | | |
|---|---|---|---|---|---|
| 11b. Over 90 days old: | 25,000.00 | - | 25,000.00 | =.... | $0.00 |
| | face amount | | doubtful or uncollectible accounts | | |

| | | | | | |
|---|---|---|---|---|---|
| 11b. Over 90 days old: | 500.00 | - | 500.00 | =.... | $0.00 |
| | face amount | | doubtful or uncollectible accounts | | |

12.  **Total of Part 3.**                                                                                          $0.00
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**    **Investments**

13. Does the debtor own any investments?

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

18. Does the debtor own any inventory (excluding agriculture assets)?

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. Raw materials | | | | |
| 20. Work in progress | | | | |
| 21. Finished goods, including goods held for resale | | | | |
| 22. Other inventory or supplies **See Zidware Asset Sheet - Schedule A** | | $0.00 | | $95,200.00 |

23.  **Total of Part 5.**                                                                                         $95,200.00
Add lines 19 through 22.  Copy the total to line 84.

24.  **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

| Debtor | Zidware, Inc. | Case number (If known) 19-33204 |
|---|---|---|
| | Name | |

---

**Part 7:** Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. Office furniture | | | |
| 40. Office fixtures | | | |
| 41. Office equipment, including all computer equipment and communication systems equipment and software
See Zidware Asset Sheet - Included in Schedule A | $0.00 | | Unknown |
| 42. Collectibles *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | $0.00 |
|---|---|

44. Is a depreciation schedule available for any of the property listed in Part 7?
■ No
☐ Yes

45. Has any of the property listed in Part 7 been appraised by a professional within the last year?
■ No
☐ Yes

---

**Part 8:** Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description
Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| 48. Watercraft, trailers, motors, and related accessories *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. Aircraft and accessories | | | |
| 50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)
See Zidware Asset Sheet - Included in Schedule A | $0.00 | | Unknown |

---

| Debtor | Zidware, Inc. | Case number *(if known)*   19-33204 |
|---|---|---|
| | Name | |

**51.** **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| | $0.00 |
|---|---|

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   See Zidware Schedule A- Physical Property | | $0.00 | | $0.00 |

**56.** **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| | $0.00 |
|---|---|

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   Patents, copyrights, trademarks, and trade secrets<br>See Zidware Schedule B & Schedule C (value includes patents and trademarks owned by John Popadiuk) | $50,000.00 | | $50,000.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    __Zidware, Inc.__                                    Case number *(If known)*  __19-33204__
          Name

| | | | |
|---|---|---|---|
| 61. | Internet domain names and websites | | |
| 62. | Licenses, franchises, and royalties | | |
| | **deeproot Tech LLC License Fee Agreement(s)** | Unknown | Unknown |
| 63. | Customer lists, mailing lists, or other compilations | | |
| | **Past Customers** | $0.00 | $0.00 |
| 64. | Other intangibles, or intellectual property | | |
| 65. | Goodwill | | |
| 66. | Total of Part 10. | | $50,000.00 |
| | Add lines 60 through 65. Copy the total to line 89. | | |

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C.§§ 101(41A) and 107?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:**    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor   **Zidware, Inc.**
       Name

Case number *(If known)*   **19-33204**

---

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $750.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $95,200.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $50,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $145,950.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $145,950.00 |

Official Form 206A/B        Schedule A/B Assets - Real and Personal Property      page 6

Table 1

**Zidware Inc**
**schedule A**
**11.2019**

| Area | Item | Asset Note | Value |
|------|------|-----------|-------|
| Prototype Games | Prototype Game - MG4 | - original prototype #4 of Magic Girl (rare) | 25000 |
| | Prototype Game - MGP | - original prototype sample game cabinet of Magic Girl | 4500 |
| | Prototype Game - RZ1 | - original prototype #1 of Retro Zombie (missing playfield) (rare) | 7500 |
| | Prototype Game - RZ1 | - original prototype #2 of Retro Zombie (missing playfield) (rare) | 7500 |
| | Prototype Game - RZ1 | - original prototype #3 of Retro Zombie (missing playfield) (rare) | 7500 |
| | Prototype Game - SPM1 | - original prototype #1 of Space Mission X (rare) | 3500 |
| | Prototype Game - SPM2 | - original prototype #2 of Space Mission X (working) (rare) | 7500 |
| Office | Office Supplies | - misc office supplies for daily business | 250 |
| | Office Computers | - macintosh computer / pc computer for cnc | 450 |
| | Printer / Plotter | - office printer / HP plotter | 500 |
| | 3D Printers | - makerbot 3d printers (2) need repair | 500 |
| | Office Misc | - various other items, folders, tees, envelopes, press kits | 125 |
| Workshop Side R&D | Workshop Furnishing | - misc workshop furnishings | 250 |
| | Workshop Equipment | - misc workshop equipment | 500 |
| | Workshop Supplies | - misc workshop basic supplies (not parts) | 500 |
| | Workshop Tools | - misc hand tools and small machines | 250 |
| | Test Equipment | - power supplies on bench | 150 |
| | Test Computers | - laptop to run cnc machine | 150 |
| | Test Tools | - misc tools | 250 |
| | Connectors & Wire | - misc pins & connectors | 300 |
| | Pinball Parts Misc | - selection of parts for samples / nos / misc | 5000 |
| | Pinball Parts Misc - MG | - selection of parts for samples / nos / misc for Magic Girl (rare) | 5000 |
| | Misc Test Rigs | - pinball rig 1 - full hardware & lcd | 1000 |
| | Misc Test Rigs | - pinball rig 2 | 1000 |
| | Misc Test Rigs | - other power, light, system test fixtures | 250 |
| | Playfields Misc (10) | - misc other test game playfields used for development | 750 |
| | Various Sample Parts | - various old game hunks, bodies, parts, games for R&D | 750 |
| | Signage | - various zidware signage for trade shows, display, etc | 500 |
| | Misc Other Sample Cabinets | - misc full size engineering sample cabinets / playfields | 500 |
| Pinball Game Parts | Coils | - parts for r&d and also for production - not resale | 250 |
| | Rubber Rings | - parts for r&d and also for production - not resale | 250 |
| | Plastic Inserts | - parts for r&d and also for production - not resale | 250 |
| | Plastic Bobbins | - parts for r&d and also for production - not resale | 250 |
| | Plastic Playfields Parts | - parts for r&d and also for production - not resale | 250 |
| | Misc Toys and Novelties | - parts for r&d and also for production - not resale | 250 |
| | Targets | - playfield targets new assemblies | 275 |
| | Brackets | - misc pinball brackets from NOS stock | 150 |
| | Assemblies | - misc pinball assemblies from NOS stock | 1250 |
| | New Metal | - this is a basic total of all new zidware production pinball metal | 350 |
| | New Plastics | - this is a basic total of all laser cut plastic | 250 |
| | New Molded Plastic | - this is a basic total of all molded plastic parts | 500 |
| | New Electroincs Pcbs | - this is a basic total of all electronics in house for production | 650 |
| | Lamps | - basic pinball lamps other than led lamps | 150 |
| | Led Bulbs | - led lamps and bulbs for pinball | 250 |
| | Led Bulbs Custom | - led bulbs custom made for zidware | 500 |
| | Custom Led Pcbs | - custom pcbs made for zidware | 500 |
| | Speakers | - pinball speakers for cabinets | 250 |
| | Pinball Computer Systems | - complete pinball motherboards | 2000 |
| | Misc Parts | - misc. pinball parts estimated | 250 |
| | Misc Game Samples | - sample cabinets and mockups | 450 |
| | Misc Other Samples | - sample parts / mockups / brackets / old games | 1500 |
| Mylar Drawings | Original Mylar Engineering | - jpops original pinball drawings - pencil on mylar - various designs (25) | 2500 |
| END | | | 95,200 |

1

Table 1

**Zidware Inc**

**schedule B patents**
**intellectual property**

**11_11_2019**

| | Name | Item | Detail Description | Status | | |
|---|---|---|---|---|---|---|
| | Basic overview of the pinball IP that has been created since 2011 at Zidware | | | | | |
| 1 | Magic Girl Classic™ | MG Pinball Game | - game development | - complete | | |
| | | 250 New Games | - new pinball game sales 250@16k | - complete | | |
| | | 500 New Games (lower s) | - new pinball game sales 500@10k | - to be developed | | |
| | | | - pinball related spare part sales | - to be developed | | |
| | | | - pinball art, furniture, design, mods | - to be developed | | |
| | | | - pinball fashion, tees, jackets, hats | - to be developed | | |
| 2 | Retro Zombie™ | RZ Pinball Game | - game design / art IP value | - complete | | |
| | | 250 New Games | - new pinball game sales 250@10k | - complete | | |
| | | | - spare part sales | - to be developed | | |
| | | | - pinball art, furniture, design, mods | - to be developed | | |
| | | | - pinball fashion, tees, jackets, hats | - to be developed | | |
| 3 | Alice in Wonderland™ | AW Pinball Game | - game design / art IP value | - complete | | |
| | | 250 New Games | - new pinball game platform sales @9k | - complete | | |
| | | | - pinball related spare part sales | - to be developed | | |
| | | | - pinball art, furniture, design, mods | - to be developed | | |
| | | | - pinball fashion, tees, jackets, hats | - to be developed | | |
| | Space Mission X™ | SPX Pinball Game | - game design / art IP value | - complete | | |
| | | 250 New Games | - new pinball game platform sales @7k | - complete | | |
| | | Low Cost Model | - pinball related spare part sales | - to be developed | | |
| | | | - pinball art, furniture, design, mods | - to be developed | | |
| | | | - pinball fashion, tees, jackets, hats | - to be developed | | |
| 7 | Zidware IP Vendor List | Current vendor list | - complete confidential vendor list | - available | | |
| 8 | Zidware IP Contractor List | Current talent list | - complete confidential contractor list | - available | | |
| | Zidware IP Supplier List | Current supplier list | - complete confidential supplier list | - available | | |
| | Zidware IP Systems | Current pinball dev custom | - complete pinball development software | - available | | |

**Zidware Inc**

Schedule C patents trademarks
copyrights

11/10/2015

| Name | Status | Application / Registration No. |
|------|--------|-------------------------------|
| **COPYRIGHT** | | |
| Magic Girl | Artistic Works USPTO | - full game art & design |
| Retro Atomic Zombie Adventureland | Artistic Works USPTO | - full game art & design |
| Alice in Wonderland The Pinball | Artistic Works USPTO | - full game art & design |
| Space Mission X | Artistic Works USPTO | - full game art & design |
| Pussycat Bowling Girls | Artistic Works USPTO | - full game art & design |
| Magic of David Copperfield | Artistic Works USPTO | - full game art & design |
| Kiss Pinball Maximus | Artistic Works USPTO | - full game art & design |
| SYFY Channel - Fire | Artistic Works USPTO | - full game art & design |
| SYFY Channel - Electro | Artistic Works USPTO | - full game art & design |
| SYFY Channel - Aero | Artistic Works USPTO | - full game art & design |
| SYFY Channel - Motostar | Artistic Works USPTO | - full game art & design |
| SYFY Channel - Makerbot | Artistic Works USPTO | - full game art & design |
| Bible Adventures | Artistic Works USPTO | - full game art & design |
| Houdini's Magic Lounge | Artistic Works USPTO | - full game art & design |
| Pinball X | Artistic Works USPTO | - full game art & design |